```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
IN RE                        )
                             )
REEF ENVIRONMENTAL           )
SERVICES, LLC,               )
                             )
     Debtor.                 )
                             )    CIVIL ACTION NO.
REEF ENVIRONMENTAL           )      2:11cv876-MHT
SERVICES, LLC,               )          (WO)
                             )
     Plaintiff,              )
                             )
     v.                      )
                             )
BULLDOG BIODIESEL, LLC,      )
                             )
     Defendant.              )
```

OPINION

Plaintiff Reef Environmental Services, LLC, filed suit in the bankruptcy court seeking to collect an indebtedness owed to it by defendant Bulldog Biodiesel, LLC. The case is now before the court on the proposed findings of fact and conclusions of law of the United States Bankruptcy Judge.

The bankruptcy judge found that judgment should be entered in favor of Reef Environmental Services because

Bulldog Biodiesel, despite being properly served, failed to file an answer or otherwise appear in this case. Neither party has objected to the proposed findings of fact and conclusions of law.

After an independent and de novo review of the record, the court concludes that the bankruptcy judge's proposed finding of fact and conclusions of law should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of October, 2011.

                   /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE